# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129813

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANDREW B. BURNETT, a minor
by JEFFERY R. BURNETT,
Next Friend,
        Plaintiff-Appellant,

v

                                         SC: 129813
                                         COA: 264132
                                         Chippewa CC: 05-008017-AV

MATTHEW B. VASSAR and
SHANNON MENDOSKIN,
        Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the September 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                          _____

s0221                                             Clerk